...

# U.S. District Court Eastern District of Kentucky

# Civil Case Assignment

Case number **2:15-CV-59**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Assigned on 04/28/2015

[ Request New Judge ] .....