...

# U.S. District Court Eastern District of Kentucky

# *Civil*
# *Magistrate Judge Case Referral*

Case number **2:15-CV-59**

Assigned : Magistrate Candace Smith
Judge Code : S

Assigned on 04/28/2015

Request New Judge .....