```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION
                      AT COVINGTON
```

**IN RE: CIVIL ACTIONS**

### STANDING REFERRAL ORDER

Having reviewed the record herein and reached the conclusion that judicial economy and efficiency would be best served by referring this action to the assigned United States Magistrate Judge at Covington, to supervise discovery and other pretrial proceedings, unless altered by subsequent Order,

**IT IS ORDERED as follows**:

1.   That this case be, and it is, hereby referred to the presiding United States Magistrate Judge at Covington to supervise discovery and pretrial proceedings.  Unless otherwise ordered by the court, the case will revert back to the undersigned to hold the final pretrial conference and trial.

2.   That, in connection with such reference, the said Magistrate Judge is authorized to conduct all pretrial and status conferences, to hold such hearings as may be required, and to rule on nondispositive motions, pursuant to 28 U.S.C. § 636(b)(1), except motions *in limine*.  See *Brown v. Wesley's Quaker Maid, Inc.*, 771 F.2d 952 (6th Cir. 1985).  Dispositive motions and motions *in limine* will be referred by the Clerk of this court to the undersigned.  Subject to other provisions of law, the final

pretrial conference and trial will also be before the undersigned, unless the parties agree to a trial by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

This 18th day of June, 2010.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge