```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF KENTUCKY
                     NORTHERN DIVISION AT COVINGTON
```

**CIVIL ACTION NO. 2:15-cv-059 (WOB-CJS)**

KEVIN SHANKS, ET AL.                                    PLAINTIFFS

VS.                             <u>ORDER</u>

TRANS CARRIERS, INC.,
ET AL                                                   DEFENDANTS


   The Court having reviewed plaintiffs' complaint, and finding that plaintiffs allege the residency of defendant James P. Mason rather than his citizenship as required by 28 U.S.C. § 1332(a)(1), (Complaint ¶ 6), and being otherwise advised,

   **IT IS ORDERED** that plaintiffs shall file an amended complaint correcting this deficiency **within five (5) days of entry of this Order.**

   This 30th day of April, 2015.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge