Commonwealth of Virginia • Department of Motor Vehicles

# Police Crash Report

FR300P (Rev 1/12)

Revised Report ○  Page 1 of 5

## CRASH

GPS Lat. 3 7 . 2 5 4 8 6 9
GPS Long. - 7 6 . 2 5 4 8 7 9

Crash Date: 05/24/2013
Day of Week: Friday
MILITARY Time (24 hr clock): 07:45
County of Crash: ALLEGHANY COUNTY
Official DMV Use: 131465042

City of ○ / Town of ○  City or Town Name:
Landmarks at Scene:

Location of Crash (route/street): I-64
Railroad Crossing ID no. (if within 150 ft.):
Local Case Number: 1

At Intersection With or 300. ☐ Miles ✓ Feet  N ○ S ○ E ○ W ✓ of  Location of Crash (route/street): RT 60
Mile Marker Number: 2 4 . 0 0
Number of Vehicles: 2

---

### VEHICLE # 1

**DRIVER** — Driver Fled Scene ○

Driver's Name (Last, First, Middle): MASON, JAMES, P
Gender: ✓ M ○ F

Address (Street and Number): 12648 COUNTY RD 25
City: SCOTTSBORO    State: AL    ZIP: 35768

Birth Date: 05/06/1966
Drivers License Number: 8152377    State: AL    DL: ○    CDL: ✓

Safety Equip. Used: 3    Air Bag: 2    Ejected: 1    Date of Death: __    Injury Type: 6    EMS Transport: ✓

Summons Issued As Result of Crash: 1
Offenses Charged to Driver: 46.2-804

### VEHICLE

Vehicle Owner's Name (Last, First, Middle): TRANS CARRIERS INC    Same as Driver ○
Address (Street and Number): 5135 HWY 78
City: MEMPHIS    State: TN    ZIP: 38118

Vehicle Year: 2014    Vehicle Make: VOLVO    Vehicle Model: TRACTOR TRAILE    Disabled: ✓    CMV: ✓    Towed: ○
Vehicle Plate Number: V689HY    State: TN    Approximate Repair Cost: 1000
VIN: 4V4NC9EH7EN154302
Oversize ○  Cargo Spill ○
Name of Insurance Company (not agent): CHEROKEE INS CO
Override ○  Underride ○

Speed Before Crash: 65    Speed Limit: 70    Maximum Safe Speed: 70
ALL Passengers Age Count — Under 8: 0    8-17: 0    18-21: 0    Over 21: 0

### PASSENGER (only if injured or killed)

Name of Injured (Last, First, Middle):    EMS Transport:    Date of Death:
Position In/On Vehicle:    Safety Equip Used:    Airbag:    Ejected:    Injury Type:    Birthdate:    Gender:

Name of Injured (Last, First, Middle):    EMS Transport:    Date of Death:
Position In/On Vehicle:    Safety Equip Used:    Airbag:    Ejected:    Injury Type:    Birthdate:    Gender:

Name of Injured (Last, First, Middle):    EMS Transport:    Date of Death:
Position In/On Vehicle:    Safety Equip Used:    Airbag:    Ejected:    Injury Type:    Birthdate:    Gender:

---

### VEHICLE # 2

**DRIVER** — Driver Fled Scene ○

Driver's Name (Last, First, Middle): SHANKS, KEVIN, D
Gender: ✓ M ○ F

Address (Street and Number): 819 5TH AVE
City: DAYTON    State: KY    ZIP: 41074

Birth Date: 11/21/1962
Drivers License Number: S93551675    State: KY    DL: ✓    CDL: ○

Safety Equip. Used: 3    Air Bag: 1    Ejected: 1    Date of Death: __    Injury Type: 6    EMS Transport: ✓

Summons Issued As Result of Crash: 2
Offenses Charged to Driver:

### VEHICLE

Vehicle Owner's Name (Last, First, Middle): SHANKS, KEVIN, D    Same as Driver ✓
Address (Street and Number): 819 5TH AVE
City: DAYTON    State: KY    ZIP: 41074

Vehicle Year: 2007    Vehicle Make: Jeep    Vehicle Model: Compass    Disabled: ✓    CMV: ○    Towed: ✓
Vehicle Plate Number: 953HFE    State: KY    Approximate Repair Cost: 15000
VIN: 1J8FF47W47W47D385
Oversize ○  Cargo Spill ○
Name of Insurance Company (not agent): PROGRESSIVE
Override ○  Underride ○

Speed Before Crash: 70    Speed Limit: 70    Maximum Safe Speed: 70
ALL Passengers Age Count — Under 8: 0    8-17: 0    18-21: 0    Over 21: 1

### PASSENGER (only if injured or killed)

Name of Injured (Last, First, Middle):    EMS Transport:    Date of Death:
Position In/On Vehicle:    Safety Equip Used:    Airbag:    Ejected:    Injury Type:    Birthdate:    Gender:

Name of Injured (Last, First, Middle):    EMS Transport:    Date of Death:
Position In/On Vehicle:    Safety Equip Used:    Airbag:    Ejected:    Injury Type:    Birthdate:    Gender:

Name of Injured (Last, First, Middle):    EMS Transport:    Date of Death:
Position In/On Vehicle:    Safety Equip Used:    Airbag:    Ejected:    Injury Type:    Birthdate:    Gender:

---

### Codes

```
      8
  ┌───────┐
  │   1   │
  │ 2   3 │
8 │ 4 5 6 │ 8
  │   7   │
  └───────┘
      8
```

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

---

Investigating Officer:    Badge/Code Number:    Agency/Department Name and Code:    Reviewing Officer:    Report File Date:

Officer Initials NL   Badge # 7157
Commonwealth of Virginia • Department of Motor Vehicles
FR300P (Rev 1/12)

# Police Crash Report

Page 2 of 5

Revised Report ○

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 05/24/2013 | 07:45 | ALLEGHANY COUNTY | | 1 |

## DRIVER INFORMATION

### Driver's Action — P1
Veh 1: ✓ | Veh 2: ✓ on #42

1. No Improper Action (Veh 1 ✓)
2. Exceeded Speed Limit
3. Exceeded Safe Speed But Not Speed Limit
4. Overtaking On Hill
5. Overtaking On Curve
6. Overtaking at Intersection
7. Improper Passing of School Bus
8. Cutting In
9. Other Improper Passing
10. Wrong Side of Road — Not Overtaking
11. Did Not Have Right-of-Way
12. Following Too Close
13. Fail to Signal or Improper Signal
14. Improper Turn — Wide Right Turn
15. Improper Turn — Cut Corner on Left Turn
16. Improper Turn From Wrong Lane
17. Other Improper Turn
18. Improper Backing
19. Improper Start From Parked Position
20. Disregarded Officer or Flagger
21. Disregarded Traffic Signal
22. Disregarded Stop or Yield Sign
23. Driver Distraction
24. Fail to Stop at Through Highway — No Sign
25. Drive Through Work Zone
26. Fail to Set Out Flares or Flags
27. Fail to Dim Headlights
28. Driving Without Lights
29. Improper Parking Location
30. Avoiding Pedestrian
31. Avoiding Other Vehicle
32. Avoiding Animal
33. Crowded Off Highway
34. Hit and Run
35. Car Ran Away — No Driver
36. Blinded by Headlights
37. Other
38. Avoiding Object in Roadway
39. Eluding Police
40. Fail to Maintain Proper Control
41. Improper Passing
42. Improper or Unsafe Lane Change (Veh 2 ✓)
43. Over Correction

### Condition of Driver Contributing to the Crash — P2
Veh 1 ✓, Veh 2 ✓ on #1

1. No Defects
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other

### Driver Vision Obscured — P3
Veh 1 ✓, Veh 2 ✓ on #1

1. Not Obscured
2. Rain, Snow, etc. on Windshield
3. Windshield Otherwise Obscured
4. Vision Obscured by Load on Vehicle
5. Trees, Crops, etc.
6. Building
7. Embankment
8. Sign or Signboard
9. Hillcrest
10. Parked Vehicle(s)
11. Moving Vehicle(s)
12. Sun or Headlight Glare
13. Other
14. Blind Spot
15. Smoke/Dust
16. Stopped Vehicle(s)

### Type of Driver Distractions — P4
Veh 1 ✓, Veh 2 ✓ on #14

1. Looking at Roadside Incident
2. Driver Fatigue
3. Looking at Scenery
4. Passenger(s)
5. Radio/CD, etc.
6. Cell Phone
7. Eyes Not on Road
8. Daydreaming
9. Eating/Drinking
10. Adjusting Vehicle Controls
11. Other
12. Navigation Device
13. Texting
14. No Driver Distraction

### Drinking — P5
Veh 1 ✓, Veh 2 ✓ on #1

1. Had Not Been Drinking
2. Drinking — Obviously Drunk
3. Drinking — Ability Impaired
4. Drinking — Ability Not Impaired
5. Drinking — Not Known Whether Impaired
6. Unknown

### Method of Alcohol Determination (by police) — P6
Veh 1 ✓, Veh 2 ✓ on #4

1. Blood
2. Breath
3. Refused
4. No Test

### Drug Use — P7

1. Yes
2. No

## VEHICLE INFORMATION

### Vehicle Maneuver — V1
Veh 1 ✓ on #13, Veh 2 ✓ on #14

1. Going Straight Ahead
2. Making Right Turn
3. Making Left Turn
4. Making U-Turn
5. Slowing or Stopping
6. Merging Into Traffic Lane
7. Starting From Parked Position
8. Stopped in Traffic Lane
9. Ran Off Road — Right
10. Ran Off Road — Left
11. Parked
12. Backing
13. Passing
14. Changing Lanes
15. Other
16. Entering Street From Parking Lot

### Skidding Tire/Mark — V2
Veh 1 ✓, Veh 2 ✓ on #4

1. Before Application of Brakes
2. After Application of Brakes
3. Before and After Application of Brakes
4. No Visible Skid Mark/Tire Mark

### Vehicle Body Type — V3
Veh 1 ✓ on #23, Veh 2 ✓ on #22

1. Passenger car
2. Truck — Pick-up/Passenger Truck
3. Van
4. Truck — Single Unit Truck (2-Axles)
7. Motor Home, Recreational Vehicle
8. Special Vehicle — Oversized Vehicle/Earthmover/Road Equipment
9. Bicycle
10. Moped
11. Motorcycle
12. Emergency Vehicle (Regardless of Vehicle Type)
13. Bus — School Bus
14. Bus — City Transit Bus/Privately Owned Church Bus
15. Bus — Commercial Bus
16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.
18. Special Vehicle — Farm Machinery
19. Special Vehicle — ATV
21. Special Vehicle — Low-Speed Vehicle
22. Truck — Sport Utility Vehicle (SUV)
23. Truck — Single Unit Truck (3 Axles or More)
25. Truck — Truck Tractor (Bobtail-No Trailer)

### Vehicle Damage — V4
Veh 1 ✓ on #8, Veh 2 ✓ on #6

1. Unknown
2. No damage
3. Overturned
4. Motor
5. Undercarriage
6. Totaled
7. Fire
8. Other

### Vehicle Condition — V5
Veh 1 ✓, Veh 2 ✓ on #1

1. No Defects
2. Lights Defective
3. Brakes Defective
4. Steering Defective
5. Puncture/Blowout
6. Worn or Slick Tires
7. Motor Trouble
8. Chains In Use
9. Other
10. Vehicle Altered
11. Mirrors Defective
12. Power Train Defective
13. Suspension Defective
14. Windows/Windshield Defective
15. Wipers Defective
16. Wheels Defective
17. Exhaust System

### Special Function Motor Vehicle — V6
Veh 1 ✓, Veh 2 ✓ on #1

1. No Special Function
2. Taxi
3. School Bus (Public or Private)
4. Transit Bus
5. Intercity Bus
6. Charter Bus
7. Other Bus
8. Military
9. Police
10. Ambulance
11. Fire Truck
12. Tow Truck
13. Maintenance
14. Unknown

### EMV in service — V7
Veh 1 ✓, Veh 2 ✓ on #2

1. Yes
2. No

### Truck Cover — V8
Veh 2 ✓ on #1

1. Yes
2. No

Officer Initials **NL**   Badge # **7157**

Revised Report ○

Commonwealth of Virginia • Department of Motor Vehicles

# Police Crash Report

FR300P (Rev 1/12)

Page **3** of **5**

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 05/24/2013 | 07:45 | ALLEGHANY COUNTY | | 1 |

## CRASH INFORMATION

**Location of First Harmful Event in Relation to Roadway** — C1
- ✓ 1. On Roadway
- 2. Shoulder
- 3. Median
- 4. Roadside
- 5. Gore
- 6. Separator
- 7. In Parking Lane or Zone
- 8. Off Roadway, Location Unknown
- 9. Outside Right-of-Way

**Weather Condition** — C2
- ✓ 1. No Adverse Condition (Clear/Cloudy)
- 3. Fog
- 4. Mist
- 5. Rain
- 6. Snow
- 7. Sleet/Hail
- 8. Smoke/Dust
- 9. Other
- 10. Blowing Sand, Soil, Dirt, or Snow
- 11. Severe Crosswinds

**Light Conditions** — C3
- 1. Dawn
- ✓ 2. Daylight
- 3. Dusk
- 4. Darkness – Road Lighted
- 5. Darkness – Road Not Lighted
- 6. Darkness – Unknown Road Lighting
- 7. Unknown

**Traffic Control Device** — C4
- ✓ 1. Yes – Working
- 2. Yes – Working and Obscured
- 3. Yes – Not Working
- 4. Yes – Not Working and Obscured
- 5. Yes – Missing
- 6. No Traffic Control Device Present

**Traffic Control Type** — C5
- 1. No Traffic Control
- 2. Officer or Flagger
- 3. Traffic Signal
- 4. Stop Sign
- 5. Slow or Warning Sign
- ✓ 6. Traffic Lanes Marked
- 7. No Passing Lines
- 8. Yield Sign
- 9. One Way Road or Street
- 10. Railroad Crossing With Markings and Signs
- 11. Railroad Crossing With Signals
- 12. Railroad Crossing With Gate and Signals
- 13. Other
- 14. Pedestrian Crosswalk
- 15. Reduced Speed – School Zone
- 16. Reduced Speed – Work Zone
- 17. Highway Safety Corridor

**Roadway Alignment** — C6
- 1. Straight – Level
- 2. Curve – Level
- 3. Grade – Straight
- ✓ 4. Grade – Curve
- 5. Hillcrest – Straight
- 6. Hillcrest – Curve
- 7. Dip – Straight
- 8. Dip – Curve
- 9. Other
- 10. On/Off Ramp

**Roadway Surface Condition** — C7
- ✓ 1. Dry
- 2. Wet
- 3. Snowy
- 4. Icy
- 5. Muddy
- 6. Oil/Other Fluids
- 7. Other
- 8. Natural Debris
- 9. Water (Standing, Moving)
- 10. Slush
- 11. Sand, Dirt, Gravel

**Roadway Surface Type** — C8
- 1. Concrete
- ✓ 2. Blacktop, Asphalt, Bituminous
- 3. Brick or Block
- 4. Slag, Gravel, Stone
- 5. Dirt
- 6. Other

**Roadway Description** — C9
- 1. Two-Way, Not Divided
- 2. Two-Way, Divided, Unprotected Median
- ✓ 3. Two-Way, Divided, Positive Median Barrier
- 4. One-Way, Not Divided
- 5. Unknown

**Roadway Defects** — C10
- ✓ 1. No Defects
- 2. Holes, Ruts, Bumps
- 3. Soft or Low Shoulder
- 4. Under Repair
- 5. Loose Material
- 6. Restricted Width
- 7. Slick Pavement
- 8. Roadway Obstructed
- 9. Other
- 10. Edge Pavement Drop Off

**Relation to Roadway** — C11

Interchange Area:
- 1. Main-Line Roadway
- 2. Acceleration/Deceleration Lanes
- 3. Gore Area (Between Ramp and Highway Edgelines)
- 4. Collector/Distributor Road
- 5. On Entrance/Exit Ramp
- 6. Intersection at end of Ramp
- 7. Other location not listed above within an interchange area (median, shoulder and roadside)

Intersection Area:
- ✓ 8. Non-Intersection
- 9. Within Intersection
- 10. Intersection-Related - Within 150'
- 11. Intersection-Related - Outside 150'

Other Location:
- 12. Crossover Related
- 13. Driveway, Alley-Access - Related
- 14. Railway Grade Crossing
- 15. Other Crossing (Crossings for Bikes, School, etc.)

**Intersection Type** — C12
- ✓ 1. Not at Intersection
- 2. Two Approaches
- 3. Three Approaches
- 4. Four Approaches
- 5. Five-Point, or more
- 6. Roundabout

**Work Zone** — C13
- 1. Yes
- ✓ 2. No

**Work Zone Workers Present** — C14
- 1. With Law Enforcement
- 2. With No Law Enforcement
- 3. No Workers Present

**Work Zone Location** — C15
- 1. Advance Warning Area
- 2. Transition Area
- 3. Activity Area
- 4. Termination Area

**Work Zone Type** — C16
- 1. Lane Closure
- 2. Lane Shift/Crossover
- 3. Work on Shoulder or Median
- 4. Intermittent or Moving Work
- 5. Other

**School Zone** — C17
- 1. Yes
- 2. Yes - With School Activity
- ✓ 3. No

**Type of Collision** — C18
- 1. Rear End
- 2. Angle
- 3. Head On
- ✓ 4. Sideswipe – Same Direction
- 5. Sideswipe – Opposite Direction
- 6. Fixed Object in Road
- 7. Train
- 8. Non-Collision
- 9. Fixed Object – Off Road
- 10. Deer
- 11. Other Animal
- 12. Pedestrian
- 13. Bicyclist
- 14. Motorcyclist
- 15. Backed Into
- 16. Other

Officer Initials NL   Badge # 7157

Commonwealth of Virginia • Department of Motor Vehicles

# Police Crash Report

FR300P (Rev 1/12)
Page 4 of 5

Revised Report ○

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 05/24/2013 | 07:45 | ALLEGHANY COUNTY | | 1 |

**CRASH DIAGRAM**

VEHICLE # 1
Fill In Impact Area(s).
Initial Impact: 8
Veh Dir of Travel – N/S/E/W: W

VEHICLE # 2
Fill In Impact Area(s).
Initial Impact: 2
(Impact areas checked: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13)
Veh Dir of Travel – N/S/E/W: W

VEHICLE #
Fill In Impact Area(s).
Initial Impact:
Veh Dir of Travel – N/S/E/W:

VEHICLE #
Fill In Impact Area(s).
Initial Impact:
Veh Dir of Travel – N/S/E/W:

## DAMAGE TO PROPERTY OTHER THAN VEHICLES

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property |
|---|---|---|---|---|
| 5000 | GUARD RAIL | V-DOT | COVINGTON, VA | ✓ |

## CRASH DESCRIPTION

VEHICLE #2 PASSING WAS STRUCK BY VEHICLE #1 MAKING UNSAFE LANE CHANGE. VEHICLE #2 THEN RAN OFF ROAD LEFT AND STRUCK GUARD RAIL. V-DOT NOTIFIED AT SCENE OF GUARD RAIL DAMAGE.

## CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|
| 1 | 20 | | | | 20 |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|
| 2 | 20 | 28 | 5 | | 5 |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|
| | | | | | |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|
| | | | | | |

**First Harmful Event of Entire Crash that Results in First Injury or Damage.** 20

**COLLISION WITH FIXED OBJECT**
1. Bank Or Ledge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc.
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

Officer Initials **NL**   Badge # **7157**   Commonwealth of Virginia • Department of Motor Vehicles   FR300P (Rev 1/12)

# Police Crash Report

Revised Report ☐   Page **5** of **5**

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 05/24/2013 | 07:45 | ALLEGHANY COUNTY | ☐ / ☐ | 1 |

## COMMERCIAL MOTOR VEHICLE SECTION

**This form is being completed because the vehicle is:**

- ✓ A Truck or Truck Combination Rating Greater Than 10,000 lbs. (GVWR/GCWR)
- ☐ Any Motor Vehicle That Seats 9 or More People, Including the Driver
- ☐ A Vehicle of Any Type with a Hazardous Materials Placard Regardless of Weight

**AND The crash resulted in:**

- A fatality: any person(s) killed in or outside of any vehicle (truck, bus, car, etc.) involved in the crash or who dies within 30 days of the crash as a result of an injury sustained in the crash
- **OR** An injury: any person(s) injured as a result of the crash who immediately receives medical treatment away from the crash scene
- **OR** A tow-away: any motor vehicle (truck, bus, car, etc.) disabled as a result of the crash and transported away from the scene by a tow truck or other vehicle

### VEHICLE # 1

**Vehicle Configuration** V10
- ☐ 1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 3. Bus (Seats 9-15 People, Including Driver)
- ☐ 4. Bus (Seats for 16 People or More, Including Driver)
- ☐ 5. Single Unit Truck (2 Axles, 6 Tires)
- ☐ 6. Single Unit Truck (3 or More Axles)
- ☐ 7. Truck Trailer(s) [Single-Unit Truck Pulling Trailer(s)]
- ☐ 8. Truck Tractor (Bobtail)
- ✓ 9. Tractor/Semi-trailer (One Trailer)
- ☐ 10. Tractor/Doubles (Two Trailers)
- ☐ 11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

**Cargo Body Type** V11
- ☐ 1. Bus (Seats 9-15 People, Including Driver)
- ☐ 2. Bus (Seats For 16 People or More, Including Driver)
- ✓ 3. Van/Enclosed Box
- ☐ 4. Cargo Tank
- ☐ 5. Flatbed
- ☐ 6. Dump
- ☐ 7. Concrete Mixer
- ☐ 8. Auto Transporter
- ☐ 9. Garbage/Refuse
- ☐ 10. Grain/Chips/Gravel
- ☐ 11. Pole-Trailer
- ☐ 12. Vehicle Towing Another Motor Vehicle
- ☐ 13. Intermodel Container Chassis
- ☐ 14. Logging
- ☐ 15. Other Cargo Body (Not Listed Above)
- ☐ 16. Not Applicable/ No Cargo Body

**License Class** P8
- ✓ Class A
- ☐ Class B
- ☐ Class C
- ☐ Class DRL (regular drivers license)
- ☐ Class M

**Commercial Endorsement** P9
- ☐ T–Double Trailer
- ☐ P–Passenger Vehicle
- ☐ N–Tank Vehicle
- ☐ H–Required To Be Placarded for Hazardous Materials
- ☐ X–Combined Tank/HAZMAT
- ☐ O–Other

**GVWR/GCWR** V12
- ☐ 1. 10,000 lbs. or Less
- ☐ 2. 10,001–26,000 lbs.
- ✓ 3. Greater Than 26,000 lbs.

### Hazardous Material

Hazardous Material Placard: ☐ Y  ✓ N

| HM 4-Digit | HM Placard Name | HM Class | HM Cargo Present | HM Cargo Released |
|---|---|---|---|---|
| | | | ✓ Y | ✓ Y |

### Carrier Identification

| Commercial Motor Carrier Name | Address (P.O. Box if No Street Address) |
|---|---|
| TRANS CARRIERS INC | 5135 HWY 78 |

| Carrier's ID Number | State (Intrastate Only) | City | State | Zip |
|---|---|---|---|---|
| US DOT# 2 4 7 8 7 5 0 0 | TN | MEMPHIS | TN | 38118 |

**Commercial/Non-Commercial** V13
- ✓ 1. Interstate Carrier
- ☐ 2. Intrastate Carrier
- ☐ 3. Not in Commerce-Government (Trucks and Buses)
- ☐ 4. Not in Commerce-Other Truck (Over 10,000 lbs.)

### VEHICLE #

**Vehicle Configuration** V10
- ☐ 1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
- ☐ 3. Bus (Seats 9-15 People, Including Driver)
- ☐ 4. Bus (Seats for 16 People or More, Including Driver)
- ☐ 5. Single Unit Truck (2 Axles, 6 Tires)
- ☐ 6. Single Unit Truck (3 or More Axles)
- ☐ 7. Truck Trailer(s) [Single-Unit Truck Pulling Trailer(s)]
- ☐ 8. Truck Tractor (Bobtail)
- ☐ 9. Tractor/Semi-trailer (One Trailer)
- ☐ 10. Tractor/Doubles (Two Trailers)
- ☐ 11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

**Cargo Body Type** V11
- ☐ 1. Bus (Seats 9-15 People, Including Driver)
- ☐ 2. Bus (Seats For 16 People or More, Including Driver)
- ☐ 3. Van/Enclosed Box
- ☐ 4. Cargo Tank
- ☐ 5. Flatbed
- ☐ 6. Dump
- ☐ 7. Concrete Mixer
- ☐ 8. Auto Transporter
- ☐ 9. Garbage/Refuse
- ☐ 10. Grain/Chips/Gravel
- ☐ 11. Pole-Trailer
- ☐ 12. Vehicle Towing Another Motor Vehicle
- ☐ 13. Intermodel Container Chassis
- ☐ 14. Logging
- ☐ 15. Other Cargo Body (Not Listed Above)
- ☐ 16. Not Applicable/ No Cargo Body

**License Class** P8
- ☐ Class A
- ☐ Class B
- ☐ Class C
- ☐ Class DRL (regular drivers license)
- ☐ Class M

**Commercial Endorsement** P9
- ☐ T–Double Trailer
- ☐ P–Passenger Vehicle
- ☐ N–Tank Vehicle
- ☐ H–Required To Be Placarded for Hazardous Materials
- ☐ X–Combined Tank/HAZMAT
- ☐ O–Other

**GVWR/GCWR** V12
- ☐ 1. 10,000 lbs. or Less
- ☐ 2. 10,001–26,000 lbs.
- ☐ 3. Greater Than 26,000 lbs.

### Hazardous Material

Hazardous Material Placard: ☐ Y  ☐ N

| HM 4-Digit | HM Placard Name | HM Class | HM Cargo Present | HM Cargo Released |
|---|---|---|---|---|
| | | | Y N | Y N |

### Carrier Identification

| Commercial Motor Carrier Name | Address (P.O. Box if No Street Address) |
|---|---|
| | |

| Carrier's ID Number | State (Intrastate Only) | City | State | Zip |
|---|---|---|---|---|
| | | | | |

**Commercial/Non-Commercial** V13
- ☐ 1. Interstate Carrier
- ☐ 2. Intrastate Carrier
- ☐ 3. Not in Commerce-Government (Trucks and Buses)