UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*File Electronically*

CASE NO.:  2:15-CV-059

KEVIN SHANKS
and
REBECCA SHANKS                                                              PLAINTIFFS

v.

TRANS CARRIERS, INC., et al.                                          DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

James M. West, attorney for Plaintiffs, Kevin Shanks and Rebecca Shanks, hereby notifies the Court and parties of his new address:

**2045 Dixie Highway**
**Fort Mitchell, KY  41011**

All other contact information will remain the same.

Respectfully submitted,

**THE LAW OFFICE OF JAMES M. WEST**

/s/James M. West
**JAMES M. WEST (KBA #84584)**
2045 Dixie Highway
Fort Mitchell, KY  41011
Phone:        (859) 341-0600
Fax:              (859) 341-1876
Email:          jim@jimwestlaw.com
*Attorney for Plaintiffs*

## CERTIFICATION

On May 18, 2015, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to all parties of record.

/s/ James M. West
**JAMES M. WEST**