Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Eastern District
35 West 5th St.
Covington, KY 41011

Eastern District of Kentucky
**F I L E D**

JUN -1 2015

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM:     SUMMONS DIVISION
          SECRETARY OF STATE

RE:       CASE NO: 2:15-CV-59

DEFENDANT:   **TRANSCARRIERS, INC.**

DATE:     May 26, 2015

USPS Certified Mail ID: 71922677001002074111

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

May 14, 2015

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

May 14, 2015

We are enclosing the undelivered letter bearing the postal mark:

Attempted Not Known/Unable to Forward