**OFFICE OF
SECRETARY OF STATE**
P.O. BOX 718
FRANKFORT, KENTUCKY 40602-0718

☑ **REGISTER TO VOTE**

CERTIFIED MAIL

7192 2677 0010 0207 4111
RETURN RECEIPT (ELECTRONIC)

$ 07.31
MAILED FROM ZIP CODE 40601

# RETURN RECEIPT REQUESTED

15-cv59

TRANSCARRIERS, INC.
1120 GARRISON AVE. #200
FORT SMITH, AR 72901

Eastern District of Kentucky
**FILED**
JUN - 1 2015
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

NIXIE  729012005-1N  05/20/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER