UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 15-59-WOB-CJS

KEVIN SHANKS, ET AL.                                                                                          PLAINTIFFS

v.                                                                    **ORDER**

TRANS CARRIERS, INC., ET AL.                                                                          DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

On April 28, 2015, Plaintiffs filed a Complaint, thereby commencing this action. (R. 1). The presiding District Judge, noting a deficiency in the jurisdictional allegations for Defendant Mason, ordered Plaintiffs to file an Amended Complaint correcting the deficiency. (R. 5). On May 5, 2015, Plaintiff filed an Amended Complaint that corrected the jurisdictional allegations for Defendant Mason. (R. 6). On May 20, 2015, Plaintiffs, without first seeking leave of Court, filed a Second Amended Complaint adding Progressive Insurance Company as a Plaintiff and adding a subrogation claim. (R. 8).

Federal Rule of Civil Procedure 15(a)(1) provides a party with authority to amend their Complaint once as a matter of course within the time frame set forth in the Rule. All other Amendments are permitted "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, since Plaintiffs have already filed an Amended Complaint, the Second Amended Complaint filed without leave or written consent is "without legal effect." *Ednacot v. Mesa Medical Group, PLLC*, No. 5:14-96-JMH, 2014 WL 2527095, at *5 (E.D. Ky.

June 4, 2014) (*citing* 6 Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 1484 (3d ed.) ("[I]f an amendment that cannot be made as of right is served without obtaining the court's leave or the opposing party's consent, it is without legal effect."), *aff'd*, __ F. App'x __, 2015 WL2191580 (6th Cir. May 12, 2015)); *see also Nicholson v. City of Westlake*, 20 F. App'x 400, 402 (6th Cir. 2001).

The Court will permit Plaintiffs an opportunity to cure their deficiency. Plaintiffs will be given fourteen (14) days to either file a Motion for Leave to File a Second Amended Complaint or file a Notice that their Second Amended Complaint filing is made with Defendants' consent. Absent such a filing, the undersigned will recommend to the presiding District Judge that the Second Amended Complaint be stricken from the docket.

The Court being sufficiently advised,

**IT IS ORDERED** that Plaintiffs have fourteen (14) days, the same being on or before **June 15, 2015,** to file a Motion for Leave to File a Second Amended Complaint or a Notice that their Second Amended Complaint filing is made with Defendants' consent. Absent such a filing, the undersigned will recommend to the presiding District Judge that the Second Amended Complaint be dismissed as being improperly filed.

Dated this 1st day of June, 2015.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\DATA\Orders\civil cov\2015\15-59 mtn needed for 2d am cmplt.wpd